Michael D. Meadows (State Bar No. 62110)
Larry E. Cook (State Bar No. 122776)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiff
JAREEM GUNTER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>                Plaintiff,<br><br>vs.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>                Defendants. | Case No. C074613 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests reassignment of this case to a United States District Judge.

DATED: September 20, 2007        CASPER, MEADOWS, SCHWARTZ & COOK

By: _____/s/_____
    LARRY E. COOK
    Attorneys for Plaintiffs

---

*Jareem Gunter v. Anabolic Resources, LLC, et al.*

Page 1