| Attorney or Party without Attorney:<br>LARRY E. COOK ESQ, Bar #122776<br>CASPER, MEADOWS, SCHWARTZ & COOK<br>2121 NO. CALIFORNIA BLVD, STE 1020<br>Walnut Creek, CA 94596<br>Telephone No: 925-947-1147    FAX No. 925-947-1131 | For Court Use Only |
|---|---|

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: GUNTER

Defendant: ANABOLIC RESOURCES

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C074613MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint , Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Standing Order Magistrate Judge Maria Elena James, Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria Elena James, Blank Joint Case Management Statement And [Proposed] Case Management Order, Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form, Blank Consent To Assignment Or Request For Reassignment, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout, Public Notice, Guidelines, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Dispute Resolution Procedures, Declination To Proceed Before A United States Magistrate Judge And Request For Reassignment To A United States District Judge

3. a. Party served:
   b. Person served:

ANABOLIC RESOURCES, LLC
RICK "DOE" (REFUSED LAST NAME)- EMPLOYEE, White, Male, 60 Years Old, Gray Hair, 6 Feet 2 Inches, 220 Pounds

4. Address where the party was served:

2440 W 12TH STREET, STE 3
TEMPE, AZ 85281

5. I served the party:
   b. by substituted service. On: Fri., Sep. 28, 2007 at: 1:45PM by leaving the copies with or in the presence of:
   RICK "DOE" (REFUSED LAST NAME)- EMPLOYEE, White, Male, 60 Years Old, Gray Hair, 6 Feet 2 Inches, 220 Pounds
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. JEFF BOURNE



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:    $100.00

e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.:    5585
   (iii) County:    MARICOPA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Fri, Sep. 28, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUM-CIVI/CASE & COMP

(JEFF BOURNE)

casplc.8443

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LARRY E. COOK ESQ, Bar #122776 <br> CASPER, MEADOWS, SCHWARTZ & COOK <br> 2121 NO. CALIFORNIA BLVD, STE 1020 <br> Walnut Creek, CA  94596 <br> *Telephone No:* 925-947-1147     *FAX No:* 925-947-1131 | | |

*Attorney for:* Plaintiff

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Northern District Of California

*Plaintiff:* GUNTER

*Defendant:* ANABOLIC RESOURCES

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C074613MEJ |
|---|---|---|---|---|

1.  I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2.  I served copies of the Summons In A Civil Case And Complaint , Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Standing Order Magistrate Judge Maria Elena James, Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria Elena James, Blank Joint Case Management Statement And [Proposed] Case Management Order, Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form, Blank Consent To Assignment Or Request For Reassignment, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout, Public Notice, Guidelines, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Dispute Resolution Procedures, Declination To Proceed Before A United States Magistrate Judge And Request For Reassignment To A United States District Judge

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                    Fri., Sep. 28, 2007
    b. Place of Mailing:                   Walnut Creek, CA  94595
    c. Addressed as follows:            ANABOLIC RESOURCES, LLC
                                                      2440 W 12TH STREET, STE 3
                                                      TEMPE, AZ 85281
                                                      Attn: Richard Smith- Agent for service

4.  I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 28, 2007 in the ordinary course of business.

5.  *Person Serving:*                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. STEPHANIE  BROWNE                          d.  *The Fee for Service was:*    $100.00
    b. One Hour Delivery Service                     e.  I am: (3) registered California process server
       1280 Boulevard Way #205                           *(i)*     Employee
       Walnut Creek, CA 94595                            *(ii)  Registration No.:*     641
    c. .925-947-1100, FAX 925-947-3480             *(iii) County:*                 Contra Costa

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date:Fri, Sep. 28, 2007

                                                    PROOF OF SERVICE
                                                          By Mail                                 (STEPHANIE  BROWNE)          *casplc.8443*