LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
ANABOLIC RESOURCES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>                Plaintiff,<br><br>   v.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and, DOES 1 through 45,<br><br>                Defendants. | CASE NO.:   C 07-4613 MEJ<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

     IT IS HEREBY STIPULATED by and between plaintiff JAREEM GUNTER and defendant ANABOLIC RESOURCES, LLC through their attorneys of record that the date for defendant ANABOLIC RESOURCES, LLC to file a response to the Complaint on file herein is extended to November 20, 2007.

     The parties stipulate to this continuance because local counsel has just been retained, has a full calendar, and needs additional time to review the case and prepare a responsive pleading.

     This stipulation is made in good faith and does not affect any pre-set deadlines entered by the Court to date.

///

///

IT IS SO STIPULATED:

Dated: November 6, 2007.        CASPER, MEADOWS, SCHWARTZ & COOK

By:_____/s/_____
    LARRY E. COOK
Attorneys for Plaintiff
JAREEM GUNTER


Dated: November 5, 2007.        LAW OFFICES OF MIRIAM HISER

By:____/s/_____
    MIRIAM HISER
Attorney for Defendant
ANABOLIC RESOURCES, LLC