IT IS SO STIPULATED:

Dated: November 6, 2007.          CASPER, MEADOWS, SCHWARTZ & COOK

                                  By: *[signature]*
                                      LARRY E. COOK
                                      Attorneys for Plaintiff
                                      JAREEM GUNTER


Dated: November 5, 2007.          LAW OFFICES OF MIRIAM HISER

                                  By: *Miriam Hiser*
                                      MIRIAM HISER
                                      Attorney for Defendant
                                      ANABOLIC RESOURCES, LLC