# CERTIFICATE OF SERVICE BY MAIL

I, the undersigned declare:

I am a citizen of the United States over the age of eighteen years and not a party to the above-entitled action.  I am employed in the City and County of San Francisco and my place of business is 550 Montgomery Street, Suite 650, San Francisco, California  94111.

I am readily familiar with the business practice for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid.

On November 6, 2007, I served a copy of the following document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

by placing for collection and mailing in San Francisco, California a true copy of such document(s) enclosed in a sealed envelope(s), with full first-class postage prepaid addressed as follows:

Michael D. Meadows
Larry E. Cook
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Boulevard, Suite 1020
Walnut Creek, CA   94596-7333

Diana M. Estrada
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA   90071

I declare under penalty of perjury that the foregoing is true and correct.


_____/s/_____
DIANE BONE