1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California  94111
3  Telephone: (415) 345-9234
   Facsimile: (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Defendant
   ANABOLIC RESOURCES, L.L.C.

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

   JAREEM GUNTER,
11
                    Plaintiff,            Case No.  C 07-4613 MJJ
12
          v.
13                                        **STATEMENT OF DEFENDANT**
   ANABOLIC RESOURCES, LLC; MASS          **ANABOLIC RESOURCES, L.L.C.**
14 NUTRITION, INC.; DESIGNER
   SUPPLEMENTS, INC.; and, DOES 1 through
15 45,

16                  Defendants.

17
          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant ANABOLIC
18
   RESOURCES, L.L.C. provides the following information:
19
          1.  ANABOLIC RESOURCES, L.L.C. is a privately held corporation organized under
20
   the laws of the State of Arizona.
21
          2.  No parent corporation or any publicly held corporation owns ten percent (10%) or
22
   more of ANABOLIC RESOURCES, L.L.C.
23
   Dated:  November 20, 2007.
24                                        LAW OFFICES OF MIRIAM HISER

25
                                          By:_____/s/_____
26                                             MIRIAM HISER
                                          Attorney for Defendant ANABOLIC RESOURCES,
27                                        L.L.C.

28