| | |
|---|---|
| 1 | LAW OFFICES OF MIRIAM HISER |
| | MIRIAM HISER (129824) |
| 2 | 550 Montgomery Street, Suite 650 |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 345-9234 |
| | Facsimile: (415) 395-9372 |
| 4 | mhiser@hiserlaw.com |
| 5 | Attorney for Defendant |
| | ANABOLIC RESOURCES, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER, | CASE NO. C 07-4613 MJJ |
| Plaintiff, | |
| v. | NOTICE OF FILING OF BANKRUPTCY PETITION BY DEFENDANT ANABOLIC RESOURCES, L.L.C. |
| ANABOLIC RESOURCES, L.L.C.; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and, DOES 1 through 45, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 2, 2008, Anabolic Resources, L.L.C., defendant in this action, filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Arizona, Case No. 2:08-00032-RJH.

Accordingly, as to Defendant Anabolic Resources, L.L.C., this matter is subject to the automatic stay provisions of 11 U.S.C. § 362(a).

Further information concerning the bankruptcy filing can be obtained from Anabolic Resources, L.L.C.'s bankruptcy counsel:

> Séan P. O'Brien
> GUST ROSENFELD P.L.C.
> 201 East Washington Street
> Suite 800
> Phoenix, Arizona 85004-2327

| | |
|---|---|
| 1 | Telephone:  (602) 257-7460 |
| 2 | Facsimile:  (602) 340-1538 |
|   | Email:  spobrien@gustlaw.com |

Dated:  January 4, 2008.         LAW OFFICES OF MIRIAM HISER


By:_____/s/_____
    MIRIAM HISER
Attorney for Defendant
ANABOLIC RESOURCES, L.L.C.