**CERTIFICATE OF SERVICE BY MAIL AND FACSIMILE**

I, the undersigned declare:

I am a citizen of the United States over the age of eighteen years and not a party to the above-entitled action. I am employed in the City and County of San Francisco and my place of business is 550 Montgomery Street, Suite 650, San Francisco, California 94111.

I am readily familiar with the business practice for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid.

On January 4, 2008, I served a copy of the following document(s):

**NOTICE OF FILING OF BANKRUPTCY PETITION BY DEFENDANT ANABOLIC RESOURCES, L.L.C.**

by placing for collection and mailing in San Francisco, California a true copy of such document(s) enclosed in a sealed envelope(s), with full first-class postage prepaid addressed as follows, and by facsimile to the numbers provided:

Michael D. Meadows
Larry E. Cook
Casper, Meadows, Schwartz & Cook
California Plaza
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596
Fax: (925) 947-1131

Mass Nutrition, Inc.
c/o Jack Ramlakhan
8680 Sunset Drive
Miami, FL 33143

Diana Marie Estrada
Wilson Elser Moskowitz Edelman & Dicker, LLP
555 South Flower Street
Suite 2900
Los Angeles, CA 90071
Fax: (213) 443-5101

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/_____
MIRIAM HISER