Michael D. Meadows (State Bar No. 62110)
Larry E. Cook (State Bar No. 122776)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiff
JAREEM GUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>            Defendants. | Case No. CV 07-04631 MJJ<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Jareem Gunter hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Mass Nutrition, Inc., on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served the Complaint on Defendant on September 29, 2007, as evidenced by the Summons and Proof of Service that was filed in the instant case before the United States District Court, Northern District.

The above-stated facts are set forth in the accompanying declaration of Larry E.

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

REQUEST FOR ENTRY OF DEFAULT
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

Page 1

1  Cook filed herewith.

4  Dated: January 9, 2008                /s/
                                         Larry E. Cook
5                                        **CASPER, MEADOWS, SCHWARTZ & COOK**
                                         Attorneys for Plaintiff

**CASPER, MEADOWS
SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

REQUEST FOR ENTRY OF DEFAULT                                                      Page 2
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

## PROOF OF SERVICE

RE: Jareem Gunter v. Anabolic Resources LLC, et al.
United States District Court Case No. C07 4613 MJJ

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA 94596. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

### REQUEST FOR ENTRY OF DEFAULT

☒ **U.S. MAIL**, with First Class postage prepaid and deposited in sealed envelopes at Walnut Creek, California.

☐ **ELECTRONICALLY**, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties.

☐ **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

☐ **Hand-Delivery Via Courier**

☐ **Other**: **OVERNIGHT DELIVERY**. On the date indicated below, I placed a true and correct copy of the aforementioned document(s) in a sealed envelope and/or package designated by *Federal Express Priority Overnight*, individually addressed to the parties indicated below, with fees fully prepaid, and caused each such envelope and/or package to be deposited for pick-up on the same day by an authorized representative of *Federal Express* at Walnut Creek, California, in the ordinary course of business.

**For Defendant Designer Supplements, Inc.**
Diana M. Estrada
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, California  90071
Tel:  (213) 443-5100
Fax: (213) 443-5101

**For Defendant Anabolic Resourses LLC**
Miriam Hiser
Law Offices of Miriam Hiser
550 Montgomery Street, Suite 650
San Francisco, California  94111
Tel:  (415) 345-9234
Fax: (415) 395-9372

**For Defendant Mass Nutrition**
Jack Ramlakhan
Manager
8680 Sunset Drive
Miami, Florida 33143

///

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

REQUEST FOR ENTRY OF DEFAULT                                                                                Page 3
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

1   I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct and that I am readily familiar
2   with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.
3

4   Dated: January 9, 2008                    /s/ _____
                                                    SHANNON M. BOWERS

**CASPER, MEADOWS SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

REQUEST FOR ENTRY OF DEFAULT                                                             Page 4
*Jareem Gunter v. Anabolic Resources, LLC, et al.*