1  Michael D. Meadows (State Bar No. 62110)
   Larry E. Cook (State Bar No. 122776)
2  **CASPER, MEADOWS, SCHWARTZ & COOK**
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California  94596
   Telephone:   (925) 947-1147
5  Facsimile:    (925) 947-1131

6  Attorneys for Plaintiff
   JAREEM GUNTER
7

8
                         UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11 | JAREEM GUNTER,                          | Case No. CV 07-04631 MJJ
12 |                      Plaintiff,          | **DECLARATION OF LARRY E. COOK IN SUPPORT OF REQUEST FOR DEFAULT**
13 |      vs.                                 |
14 | ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,
15 |
16 |                      Defendants.

17

18

19         I, LARRY E. COOK, declare as follows:

20         1.     I am an attorney duly licensed to practice before all courts of the State of

21 California and the Federal court of the Northern District of California and am a partner

22 with the law firm of Caper, Meadows, Schwartz & Cook of record for plaintiff herein.

23         2.     If called upon to testify, I could and would be able to testify competently

24 regarding the matters set forth in this declaration which are my personal knowledge.

25         3.     Attached as Exhibit 1 is a true and correct copy of the endorsed-filed

26 copy of the Proof of Service filed on October 29, 2007.  As indicated on said Proof of

27 Service, defendant Mass Nutrition was served on September 29, 2007, at

28 approximately 9:10 a.m.

**CASPER, MEADOWS SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

DECLARATION OF LARRY E. COOK IN SUPPORT OF REQUESTS FOR DEFAULT      Page 1
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

1    4.    Defendant has never appeared or otherwise responded to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed the 9th of January, 2008, at Walnut Creek, California.

/s/
Larry E. Cook
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiff

**CASPER, MEADOWS SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

DECLARATION OF LARRY E. COOK IN SUPPORT OF REQUESTS FOR DEFAULT    Page 2
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

**PROOF OF SERVICE**

RE:  Jareem Gunter v. Anabolic Resources LLC, et al.
      United States District Court Case No. C07 4613 MJJ

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA 94596. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

**DECLARATION OF LARRY E. COOK IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

☒ **U.S. MAIL**, with First Class postage prepaid and deposited in sealed envelopes at Walnut Creek, California.
☐ **ELECTRONICALLY**, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties.
☐ **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.
☐ **Hand-Delivery Via Courier**
☐ **Other**: **OVERNIGHT DELIVERY**. On the date indicated below, I placed a true and correct copy of the aforementioned document(s) in a sealed envelope and/or package designated by *Federal Express Priority Overnight*, individually addressed to the parties indicated below, with fees fully prepaid, and caused each such envelope and/or package to be deposited for pick-up on the same day by an authorized representative of *Federal Express* at Walnut Creek, California, in the ordinary course of business.

**For Defendant Designer Supplements, Inc.**
Diana M. Estrada
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, California  90071
Tel:  (213) 443-5100
Fax: (213) 443-5101

**For Defendant Anabolic Resourses LLC**
Miriam Hiser
Law Offices of Miriam Hiser
550 Montgomery Street, Suite 650
San Francisco, California  94111
Tel:  (415) 345-9234
Fax: (415) 395-9372

**For Defendant Mass Nutrition**
Jack Ramlakhan
Manager
8680 Sunset Drive
Miami, Florida 33143

///

**CASPER, MEADOWS SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

DECLARATION OF LARRY E. COOK IN SUPPORT OF REQUESTS FOR DEFAULT          Page 3
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

1   I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct and that I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

Dated: January 9, 2008            /s/ _____
                                        SHANNON M. BOWERS

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

DECLARATION OF LARRY E. COOK IN SUPPORT OF REQUESTS FOR DEFAULT          Page 4
*Jareem Gunter v. Anabolic Resources, LLC, et al.*