%AO 440 (Rev. 8/01) Summons in a Civil Action

| See Attached List | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9/29/2007 9:10 am |
| NAME OF SERVER (PRINT) Allan Gorman | TITLE | Registered Florida State Process Server Registration # 839 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: By serving Mass Nutrition by serving Jack Ramlakhan- Manager 8680 Sunset Drive Miami, FL 33143

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $100.00 | TOTAL $100.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/29/2007
                    Date                    Signature of Server

1280 Boulevard Way #205, Walnut Creek, CA 94595
Address of Server    (925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA ELENA JAMES, STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA ELENA JAMES, BLANK JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER, NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM, BLANK CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA-CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, ECF REGISTRATION INFORMATION HANDOUT, PUBLIC NOTICE, GUIDELINES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, DISPUTE RESOLUTION PROCEDURES, DECLINATION TO PROCEED