Larry E. Cook (State Bar No. 122776)
Michael D. Meadows (State Bar No. 62110)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiff
JAREEM GUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>             Plaintiff,<br><br>     vs.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>             Defendants. | Case No. CV 07-04631 MJJ<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:**     January 15, 2008<br>**Time:**     2:00 p.m.<br>**Dept:**     11<br>**Judge:**    Honorable Martin J. Jenkins |

## DESCRIPTION OF THE CASE

**1.     Brief Description of Events Underlying This Action**

Plaintiff alleges that he sustained personal injuries after consuming the subject product "Superdrol" in September of 2005.  Plaintiff purchased "Superdrol" over the internet on a web-site created by defendant Mass Nutrition, Inc. which supplied the product to plaintiff.  Believing that "Superdrol" was a dietary supplement, plaintiff used the product for approximately three weeks before experiencing total liver failure for which he was hospitalized for several weeks.  Plaintiff claims permanent residual damages from the use of "Superdrol".  Defendants in the case are the manufactures,

JOINT CASE MANAGEMENT CONFERENCE STATEMENT    Page 1
*Jareem Gunter v. Anabolic Resources, LLC, et al.*
620388.1

CASPER, MEADOWS SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

licensors and distributors of "Superdrol", an anabolic steroid substance.

Plaintiff brings this action based on claims of strict products liability against all defendants in the stream of commerce who brought the product to market and into plaintiff's possession. At the time of this Case Management Conference, plaintiff has filed a Request to Enter Default against defendant Mass Nutrition, Inc., for failing to answer the lawsuit pursuant to the Federal Rules. Defendant Anabolic Resources, LLC, which apparently manufactured, distributed and marketed the "Superdrol" purchased by plaintiff, has filed for bankruptcy protection in the District of Arizona. All parties have been served with a notice of the stay imposed by the bankruptcy action. Defendant Designer Supplement, Inc., has answered the lawsuit denying liability on the grounds that said defendant merely provided a license for the use of the "Superdrol" name to Anabolic Resources, Inc., and that it did not manufacture, distribute, market or sell the product to the plaintiff.

**2.    The Principal Factual Issues Which The Parties Dispute**

(a)   Whether the subject product "Superdrol" is an anabolic steroid.

(b)   Whether the defendant Designer Supplement played any roll in bringing the "Superdrol" purchased by plaintiff to market, and whether Designer Supplements may be subject to strict liability.

(c)   Whether or not there is a causal connection between plaintiff's injuries and his consumption of "Superdrol".

(d)   The nature and extent of the damages.

**3.    The Principal Legal Issues Which The Parties Dispute**

The disputed legal issues at this point will have to do with the liability of Designer Supplements, Inc., as a licensor for strict products liability under California law, and whether/to what extent Designer Supplements may be owed contribution or indemnity from co-defendants or third parties.

**4.    Other Factual Issues Which Remain Unresolved**

At present, the principal unresolved issue is whether or not discovery will be

CASPER, MEADOWS SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                                     Page 2
*Jareem Gunter v. Anabolic Resources, LLC, et al.*
*620388.1*

1 able to proceed given the filing of the bankruptcy action by defendant Anabolic
2 Resources, LLC.

### 5. Parties Which Have Not Been Served

All parties have been served as set forth above.

### 6. Joinder of Additional Parties

It is unknown at this time whether or not additional parties will be joined.

### 7. Consent to United States Magistrate Judge for Trial

The parties do not consent to assignment of a United States Magistrate Judge for trial.

## ALTERNATIVE DISPUTE RESOLUTION

### 8. ADR

The Parties have discussed the possibility of ADR through private mediation; however, at this juncture, ADR may be premature.

### 9. ADR Process and/or deadline

The parties will seek leave of court to extend the time to complete ADR.

## DISCLOSURES

**10.** By the Initial Case Management Conference, both and plaintiff and defendant Designer Supplements, Inc., will have served their Initial Disclosure by fax and mail.

## DISCOVERY

**11.** The parties will seek guidance from the Court as to whether discovery can or should begin given the filing of the bankruptcy action by defendant Anabolic Resources, LLC. Plaintiff takes the position that discovery between the remaining parties should begin and that depositions of Anabolic Resources, LLC, principals in their individual capacities can be scheduled even though plaintiff will be prevented from pursuing his claim against Anabolic Resources, LLC, due to the pendency of the bankruptcy action. Designer Supplements takes the position that because Anabolic Resources, LLC manufactured, distributed and marketed the "Superdrol" purchased by

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                                    Page 3
*Jareem Gunter v. Anabolic Resources, LLC, et al.*
*620388.1*

1 plaintiff, the relevant liability issues cannot be determined without Anabolic's active
2 participation in the litigation, and that the case should be stayed as to all parties until
3 such time as it may be lifted against Anabolic.

## TRIAL SCHEDULE

**12.** The parties request a trial date in February 2009.

**13.** The parties expect that the trial will last fifteen (15) to twenty (20) court days.

Dated: January 10, 2008              /s/
                                     Larry E. Cook
                                     **CASPER, MEADOWS, SCHWARTZ & COOK**
                                     Attorneys for Plaintiff

Dated: January 10, 2008              /s/
                                     Ian A. Stewart
                                     **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
                                     Attorneys for Defendant Designer Supplements

CASPER, MEADOWS SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                                    Page 4
*Jareem Gunter v. Anabolic Resources, LLC, et al.*
*620388.1*