DIANA M. ESTRADA (SBN 212702)
email: diana.estrada@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:    (213) 443-5101
Attorneys for Defendant,
DESIGNER SUPPLEMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>                Plaintiff,<br><br>v.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>                Defendants. | Case No.: C 07 4613 MJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

I, DIANA M. ESTRADA, SBN 212702, OD WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, Diana.estrada@wilsonelser.com, am counsel of record for Defendant, DESIGNER SU PPLEMENTS, INC., and am requesting the following change:

I am no longer counsel of record in the above-entitled cause of action and hereby request that my name be removed from all service lists in this matter and replaced with:

1

NOTICE OF CHANGE OF ATTORNEY INFORMATION

620899.1

1  Ian A. Stewart, SBN 250689, WILSON, ELSER, MOSKOWITZ, EDELMAN &
2  DICKER LLP, 555 South Flower Street, Suite 2900, Los Angeles, California 90071, telephone
3  number (213) 443-5100, Facsimile (213) 443-5101 and email address
4  ian.stewart@wilsonelser.com, and Jacqueline J. Harding, SBN 188630 , WILSON, ELSER,
5  MOSKOWITZ, EDELMAN & DICKER LLP, 555 South Flower Street, Suite 2900, Los
6  Angeles, California 90071, telephone number (213) 443-5100, Facsimile (213) 443-5101 and
7  email address jacqueline.harding@wilsonelser.com.

Dated: January 11, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: [signature]
DIANA M. ESTRADA, ESQ.
Attorneys for Defendant
DESIGNER SUPPLEMENTS, INC.

**PROOF OF SERVICE**
**CCP 1013a(3)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On **January 11, 2008** I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION,** on the interested parties in this action, by placing __ the original _X_ a true copy(ies) thereof enclosed in sealed envelopes addressed as indicated on the attached Service List.

**PLEASE SEE SERVICE LIST**

[X]   **VIA MAIL**  _X_ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** I delivered such envelope(s) by hand to the offices of the addressee(s).
[ ] **BY FACSIMILE** I caused such document(s) to be telephonically transmitted to the offices of the addressee(s).
[ ] **BY OVERNIGHT MAIL** I placed true and correct copies of said document(s) in sealed envelopes addressed as stated on the attached service list and caused such envelopes to be sent by overnight mail via Federal Express.

_X_   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
_X_   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **January 11, 2008**, at Los Angeles, California.

ELLEN C. PISANELLI

620907.1

# SERVICE LIST

Michael D. Meadows
Larry E. Cook
Casper, Meadows, Schwartz & Cook
California Plaza
2121 North California Blvd, Suite 1020
Walnut Creek, CA 94596
Tel: (925) 947-1147
Fax: (925) 947-1131
**Attorneys for Plaintiff, JAREEM GUNTER**

Miriam Hiser
Law Offices of Miriam Hiser
550 Montgomery Street, Suite 650
San Francisco, CA 94111
Tel: (415) 345-9234
Fax: (415) 395-9372
**Attorneys for Defendant, ANABOLIC RESOURCES, LLC**

620907.1