1  IAN A. STEWART (SBN 250689)
   email: diana.estrada@wilsonelser.com
2  JACQUELINE J. HARDING (SBN 188630)
   email: jacqueline.harding@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
5  Telephone:  (213) 443-5100
   Facsimile:   (213) 443-5101
6  Attorneys for Defendant,
   DESIGNER SUPPLEMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>        Plaintiff,<br><br>v.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.,; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>        Defendants. | Case No.: C 07 4613 MJJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

NOW COMES, Defendant, DESIGNER SUPPLEMENTS, INC., by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and for its Certification of Interested Entities or Persons, states as follows:

///

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

620801.1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies as of this date, other than the named
2  parties, there is no such interest to report.

4  Dated: January 11, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
IAN A. STEWART, ESQ.
JACQUELINE J. HARDING ESQ.
Attorneys for Defendant
DESIGNER SUPPLEMENTS, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
620801.1

**PROOF OF SERVICE**
**CCP 1013a(3)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On **January 11, 2008** I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSON,** on the interested parties in this action, by placing __ the original _X_ a true copy(ies) thereof enclosed in sealed envelopes addressed as indicated on the attached Service List.

**PLEASE SEE SERVICE LIST**

[X]   **VIA MAIL** _X_ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** I delivered such envelope(s) by hand to the offices of the addressee(s).

[ ] **BY FACSIMILE** I caused such document(s) to be telephonically transmitted to the offices of the addressee(s).

[ ] **BY OVERNIGHT MAIL** I placed true and correct copies of said document(s) in sealed envelopes addressed as stated on the attached service list and caused such envelopes to be sent by overnight mail via Federal Express.

_X_   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **January 11, 2008**, at Los Angeles, California.

ELLEN C. PISANELLI

620905.1

1  **SERVICE LIST**

2  Michael D. Meadows
3  Larry E. Cook
   Casper, Meadows, Schwartz & Cook
4  California Plaza
   2121 North California Blvd, Suite 1020
5  Walnut Creek, CA 94596
   Tel: (925) 947-1147
6  Fax: (925) 947-1131
7  **Attorneys for Plaintiff, JAREEM GUNTER**

8  Miriam Hiser
   Law Offices of Miriam Hiser
9  550 Montgomery Street, Suite 650
   San Francisco, CA 94111
10 Tel: (415) 345-9234
   Fax: (415) 395-9372
11 **Attorneys for Defendant, ANABOLIC RESOURCES, LLC**

620905.1