```
LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California  94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
ANABOLIC RESOURCES, L.L.C.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>                Plaintiff,<br><br>v.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and, DOES 1 through 45,<br><br>                Defendants. | Case No.  C 07-4613 MJJ<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD-LOCAL RULE 11-5(a)**<br><br>**Date:  March 4, 2008**<br>**Time:  9:30 a.m.**<br>**Hon. Martin J. Jenkins** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 4, 2008, defendant ANABOLIC RESOURCES, L.L.C., will move and does hereby move the court for an order allowing Miriam Hiser to withdraw as its counsel of record in this case.  This Motion is made pursuant to Local Rule 11-5(a), on the grounds that Anabolic Resources, LLC has filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Arizona, Case No. 2:08-00032-RJH and that it has requested the withdrawal.  The motion is based on this Notice of Motion and Motion, the accompanying Declaration of Steve Bonnell, the Declaration of Miriam Hiser, the argument to be presented at the hearing, the

///

1 | records and files of the Court, and such other matters as may properly come before the Court.

2 |     Dated: January 11, 2008.    LAW OFFICES OF MIRIAM HISER

3

4 |           By:_____/s/_____
             MIRIAM HISER
          Attorney for Defendant ANABOLIC RESOURCES,

5 |           L.L.C.