# CERTIFICATE OF SERVICE

The undersigned certifies as follows:

I am an attorney at the Law Offices of Miriam Hiser, 550 Montgomery, Suite 650, San Francisco, California 94111. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice for the collection and processing of correspondence for mailing, under which, in the ordinary course of business, mail placed for collection and mailing is deposited with the United States Postal Service on the same day with postage thereon fully prepaid at San Francisco, California.

On January 14, 2008, I served a copy of the following document(s):

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD-LOCAL RULE 11-5(a); DECLARATION OF STEVE BONNELL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD-LOCAL RULE 11-5(a); DECLARATION OF MIRIAM HISER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD-LOCAL RULE 11-5(a); PROPOSED ORDER**

by placing, for collection and mailing a true copy of such document(s) enclosed in a sealed envelope(s), following ordinary business practices, addressed as follows:

Michael D. Meadows
Larry E. Cook
Casper, Meadows, Schwartz & Cook
California Plaza
2121 North California Boulevard
Suite 1020
Walnut Creek, CA 94596

Mass Nutrition, Inc.
c/o Jack Ramlakhan
8680 Sunset Drive
Miami, FL 33143

Ian E. Stewart
Wilson Elser Moskowitz Edelman & Dicker, LLP
555 South Flower Street
Suite 2900
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 14, 2008.                /s/
                                        Miriam Hiser