LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
ANABOLIC RESOURCES, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>        Plaintiff,<br><br>v.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and, DOES 1 through 45,<br><br>        Defendants. | Case No. C 07-4613 MJJ<br><br>**DECLARATION OF MIRIAM HISER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD-LOCAL RULE 11-5(a)**<br><br>**Date: March 4, 2008**<br>**Time: 9:30 a.m.**<br>**Hon. Martin J. Jenkins** |

I, Miriam Hiser, declare:

    1.    I am counsel of record for defendant ANABOLIC RESOURCES, L.L.C.. The following is within my personal knowledge and if called as a witness I would competently testify thereto.

    2.    On January 2, 2008, my client, defendant Anabolic Resources, L.L.C., filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Arizona, Case No. 2:08-00032-RJH. Accordingly, as to Anabolic Resources, LLC, this matter is subject to the automatic stay provisions of 11 U.S.C. § 362(a).

    3.    As the accompanying declaration of Steve Bonnell states, Anabolic Resources, L.L.C. has requested that I withdraw from this matter, due to the bankruptcy filing. California

1  Rule of Professional Conduct 3-700(C)(5) allows an attorney to withdraw when "the client
2  knowingly and feely assents to termination of the employment."  Here, the client requests that I
3  withdraw, based on its filing of a petition in bankruptcy, and will not be prejudiced by the
4  withdrawal because that filing stays this action against it.  In accordance with Rule of
5  Professional Conduct 3-700(D), I will return all papers and files to the client on termination of
6  my employment.
7       I declare under penalty of perjury under the laws of the State of California and the United
8  States of America that the foregoing is true and correct and that this declaration was executed
9  this 14th day of January, 2008, in San Francisco, California.
10
11          _____/s/_____
          MIRIAM HISER
12
13
...
28