1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California 94111
3  Telephone: (415) 345-9234
   Facsimile: (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Defendant
   ANABOLIC RESOURCES, L.L.C.

6

7

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER, | Case No. C 07-4613 MJJ |
| Plaintiff, | |
| v. | **DECLARATION OF STEVE BONNELL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD-LOCAL RULE 11-5(a)** |
| ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and, DOES 1 through 45, | Date: **March 4, 2008**<br>Time: **9:30 a.m.**<br>**Hon. Martin J. Jenkins** |
| Defendants. | |

I, Steve Bonnell, declare:

1.  I am a duly authorized representative for defendant ANABOLIC RESOURCES, L.L.C. ("ANABOLIC"). The following is within my personal knowledge and if called as a witness I would competently testify thereto.

2.  On January 2, 2008, ANABOLIC filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Arizona, Case No. 2:08-00032-RJH and this matter is stayed as against ANABOLIC. ANABOLIC requests that Miriam Hiser, its counsel of record, withdraw from the case.

I declare under penalty of perjury under the laws of the State of California and the United

///

///

1  States of America that the foregoing is true and correct and that this declaration was executed
2  this 11th day of January, 2008, in Tempe, Arizona.

                                                    STEVE BONNELL