LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
ANABOLIC RESOURCES, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and, DOES 1 through 45,<br><br>    Defendants. | Case No. C 07-4613 MJJ<br><br>**PROPOSED ORDER**<br><br>**Date: March 4, 2008**<br>**Time: 9:30 a.m.**<br>**Hon. Martin J. Jenkins** |

On March 4, 2008, the motion of defendant ANABOLIC RESOURCES, L.L.C. came on regularly for hearing. Appearances were made as stated on the record. The requirements of California Code of Professional Conduct 3-700 having been met, and, good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted.

Dated: March __, 2008.

_____
   Hon. Martin J. Jenkins
UNITED STATES DISTRICT COURT JUDGE