IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**             Courtroom Clerk:  **Monica Narcisse**

DATE:  **January 15, 2008**        [**3:13pm - 3:25pm**]        Court reporter: **Not reported**

Case Number:        **C07-04613 MJJ**

Case Name:      **JAREEM GUNTER**        v.     **ANABOLIC RESOURCES**

COUNSEL FOR PLAINTIFF(S):                         COUNSEL FOR DEFENDANT(S):
Larry Cook, Michael Meadows                       Miriam Hiser, Ian Stewart

TYPE OF HEARING:        Initial Case Management Conference

ORDERED AFTER HEARING:

- 

ORDER TO BE PREPARED BY:     Plntf ()  Deft ()  Joint ()   Court (**x**)

Referred to Magistrate Judge      For:  **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:   **June 3, 2008 at 2:00 p.m.**   for   **Further CMC**

STATUS STATEMENT DUE DATE:       **5/27/2008**

Pre-Trial Conference Date:              at 3:30 p.m.

Tentative Trial Date:         **March 9, 2009** at 8:30 a.m.      Set for **15-20** days
                              Type of Trial:  (**X**)Jury     ( )Court

Notes:
- **Bankruptcy filed by Defendant Anabolic.  Court shall review Motion to Withdraw filed by Counsel.**
- **Motion for Entry of Default filed against defendant, Mass Nutrition, Inc.**
- **Designer Supplements, Inc. is the only remaining defendant.**
- **Items to be included in the status statement for discussion are: Discovery to date, need for and/or modify discovery limits, time frame for experts and fact witness discovery, and liability of tentative trial date.**

cc: