1 | LAW OFFICES OF MIRIAM HISER
2 | MIRIAM HISER (129824)
  | 550 Montgomery Street, Suite 650
  | San Francisco, California  94111
3 | Telephone: (415) 345-9234
  | Facsimile: (415) 395-9372
4 | mhiser@hiserlaw.com

5 | Attorneys for Defendant
  | ANABOLIC RESOURCES, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER, | Case No.  C 07-4613 MJJ |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | Date:  March 4, 2008 |
| ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and, DOES 1 through 45, | Time:  9:30 a.m. Hon. Martin J. Jenkins |
| Defendants. | |

On March 4, 2008, the motion of defendant ANABOLIC RESOURCES, L.L.C. came on regularly for hearing.  Appearances were made as stated on the record.  The requirements of California Code of Professional Conduct 3-700 having been met, and, good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted.  ** See conditions below.

Dated: 1/17/2008

_____
Hon. Martin J. Jenkins
UNITED STATES DISTRICT COURT JUDGE

** The Court conditions withdrawal on counsel's consent to receive papers, pursuant to Local Rule 11-5(b).