LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
ANABOLIC RESOURCES, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,, <br><br> Plaintiff, <br><br> v. <br><br> ANABOLIC RESOURCES, L.LC.; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC.; and DOES 1 through 45, et al., <br><br> Defendants. | Case No:   C 07-4613 MJJ <br><br> **NOTICE OF ENTRY OF ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that on January 17, 2008, the Court entered its Ruling in this matter granting defendant's Motion to Withdraw as Counsel of Record--Local Rule 11-5(a).

   A true and correct copy of the Order is attached hereto as Exhibit "A."


Dated:   January 18, 2008.          LAW OFFICES OF MIRIAM HISER


                              By:_____/s/_____
                                 MIRIAM HISER

                              Attorneys for Defendant
                              ANABOLIC RESOURCES, L.L.C.