1 | LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
2 | 550 Montgomery Street, Suite 650
San Francisco, California 94111
3 | Telephone: (415) 345-9234
Facsimile: (415) 395-9372
4 | mhiser@hiserlaw.com

5 | Attorneys for Defendant
ANABOLIC RESOURCES, L.L.C.
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAREEM GUNTER, | Case No. C 07-4613 MJJ

12 | Plaintiff, | **~~PROPOSED~~ ORDER**

13 | v. | Date: March 4, 2008
Time: 9:30 a.m.
14 | ANABOLIC RESOURCES, LLC; MASS | Hon. Martin J. Jenkins
NUTRITION, INC.; DESIGNER
15 | SUPPLEMENTS, INC.; and, DOES 1 through
16 | 45,

17 | Defendants.

18

19 | On March 4, 2008, the motion of defendant ANABOLIC RESOURCES, L.L.C. came on

20 | regularly for hearing. Appearances were made as stated on the record. The requirements of

21 | California Code of Professional Conduct 3-700 having been met, and, good cause appearing,

22 | IT IS HEREBY ORDERED that the Motion is granted. ** See conditions below.

23 | Dated: ▓▓▓▓▓▓▓▓▓▓▓▓.
1/17/2008
24 | _____
Hon. Martin J. Jenkins
25 | UNITED STATES DISTRICT COURT JUDGE

26

27 | ** The Court conditions withdrawal on counsel's consent to receive papers, pursuant to Local
Rule 11-5(b).
28

1
Case No.   C 07-4613 MJJ
Proposed Order

**EXHIBIT A**