**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking     General Court Number
Clerk     415.522.2000

February 6, 2008

RE: CV 07-04613 MJJ     JAREEM GUNTER -v- ANABOLIC RESOURCES

Default is **entered** as to defendant Mass Nutrition Inc. on February 6, 2008.

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

NDC TR-4  Rev. 3/89