IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Judge Jenkin's Reassigned Cases

_____/

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management conference has been scheduled to occur on Wednesday, March 5, 2008, at 10:00 a.m. for the following cases:

C-07-4613 JAREEM GUNTER v. ANABOLIC RESOURCES

C-07-2930 UNITED STATES v. BERETTA, ET AL.,

C-0701350 ENRIQUEZ v. AMERICAN PRESIDENT LINES

C-07-1379 DISTER v. BENETTON USA CORP.

The following cases have been scheduled for a further case management on Wednesday, March 5, 2008, at 2:00 p.m.

C-07-1568 ECCO EQUIPMENT CORP. v. CENTRAL VALLEY

C-07-3609 LAURITANO v. BYER CALIFORNIA

C-06-1439 PHIBIN v. ELI LILY & CO.

C-05-4715 MORA v. POTTER

C-03-4447 KEITHLEY v. THE HOME STORE

C-03-0208 NAGRAMPA v. MAICOUPS INC.,

ALL PARTIES SHALL FILE A JOINT CASE MANAGEMENT CONFERENCE STATEMENT ON FEBRUARY 29, 2008. A courtesy copy shall be delivered directly to chambers on the 19th Floor.

Please report to Courtroom #10, on the 19th Floor.

Dated: February 20, 2008                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk