UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/5/08

Case No.   C-07-4613 SI          Judge:   SUSAN ILLSTON

Title: JEREEM GUNTER  -v- ANABOLIC RESOURCES

Attorneys: L. Cook            I. Stewart

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                           PART

Case continued to **5/30/08    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **11/21/08    @ 9:00 a.m.**   for Motions
(Motion due **10/17/07**, Opposition **10/31/08** Reply **1/7/08**)

Case continued to **1/20/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/2//09    @ 8:30 a.m.**  for Trial (JURY:15  Days)
Discovery Cutoff: 8/15/08  Designate Experts by: 8/22/08, Rebuttal Experts:9/5/08, Expert Discovery Cutoff:9/30/08

ORDERED AFTER HEARING:
The parties have agreed to participate in private mediation in July 2008.
Counsel shall inform the Court by March 19, 2008, of the mediator selected.

CC: ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/5/08

Case No.   C-07-4613 SI          Judge:   SUSAN ILLSTON

Title: JEREEM GUNTER  -v- ANABOLIC RESOURCES

Attorneys: L. Cook            I. Stewart

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                             PART

Case continued to **5/30/08   @ 2:30 p.m.** for Further Case Management Conference (joint statement due one week prior)

Case continued to **11/21/08   @ 9:00 a.m.**   for Motions
(Motion due **10/17/07**, Opposition **10/31/08** Reply **1/7/08**)

Case continued to **1/20/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/2//09   @ 8:30 a.m.** for Trial (JURY:15  Days)
Discovery Cutoff: 8/15/08  Designate Experts by: 8/22/08, Rebuttal Experts:9/5/08, Expert Discovery Cutoff:9/30/08

ORDERED AFTER HEARING:
The parties have agreed to participate in private mediation in July 2008.
Counsel shall inform the Court by March 19, 2008, of the mediator selected.

CC: ADR