# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

555 South Flower Street - Suite 2900, Los Angeles, California 90071-2407
Tel: (213) 443-5100   Fax: (213) 443-5101

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

| | | | |
|---|---|---|---|
| PATRICK M. KELLY | HOWARD L. HALM | ROBERT M. ANDERSON | ROBERT COOPER |
| ROBERT M. YOUNG, JR. | STEVEN J. JOFFE | JOHN J. IMMORDINO | TAE S. UM ** |
| L. VICTOR BILGER, JR. | WILLIAM K. ENGER | AIDE C. ONTIVEROS | MARC ALLARIA |
| STEVEN R. PARMINTER | KYM G. BULLOCK | RONALD R. MILLSAP | ELLIN LEE |
| ROLAND LEE COLEMAN, JR. | JOHN C. LEE | KATHLEEN M. BRAGG | MICHELE REIKES |
| E. PAUL DOUGHERTY, JR. * | ARLENE N. BERGER | JENNIFER J. MOON | JYAN FERNG |
| JAMES A. STANKOWSKI | IAN A. STEWART *** | DAVID R. SHOOP | DIANA ESTRADA |
| MARTIN K. DENISTON | THOMAS C. CORLESS | A. LOUIS DORNY **** | JULIE VAN WERT |
| VINCENT D'ANGELO | DARREN LE MONTREE | LISA CHEN | MONA PATEL |
| GEORGE A. PISANO | SUSANNAH M. DUDLEY | JACQUELINE J. HARDING | ASHLEY R. LEACH |
| CAREY B. MOOREHEAD | SEAN M. BRYN | SHERRY STROBLE | CHRISTOPHER B. QUEALLY |
| HERBERT P. KUNOWSKI | PATRICIA ANN GOLSON | DANIEL H. LEE | MELISSA F. DAY |
| | | CRAIG C. HUNTER | D. VICTORIA LABRIE |
| | | J. WALTER GUSSNER | GREGORY K. LEE |
| | | PETER R. BING | STANLEY PUN |
| | | DAVID D. KREMENETSKY | MICHAEL D. RESNICK |
| | | KAMYAR R. SHAYAN | EVE S. SENUTY |

* ALSO ADMITTED IN NEW YORK & NEW JERSEY
** ALSO ADMITTED IN NEW YORK
*** ALSO ADMITTED IN ILLINOIS
**** ALSO ADMITTED IN ARIZONA

March 19, 2008

**VIA ELECTRONIC FILING**

Judge Susan Illston
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Jareem Gunter v. Anabolic Resources, et al.*
      Case No: C 07 4613 MJJ

Dear Honorable Judge Illston:

The parties in the above referenced matter have selected Judge David A. Garcia at JAMS in San Francisco, California as the mediator for this case. The mediation is scheduled to take place on July 2, 2008 for a full day. Should the Court have any questions, please feel free contact the undersigned. Thank you.

Sincerely,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Jacqueline J. Harding

cc:   Larry E. Cook

641960.1