Larry E. Cook (State Bar No. 122776)
Michael D. Meadows (State Bar No. 62110)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiff
JAREEM GUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>                Plaintiff,<br><br>    vs.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>                Defendants. | Case No. CV 07-04631 MJJ<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:**    May 30, 2008<br>**Time:**    2:30 a.m.<br>**Dept:**    10<br>**Judge:**    Honorable Susan Illston |

## DESCRIPTION OF THE CASE

**1.    Brief Description of Events Underlying This Action**

By the date of the further Case Management Conference, the parties will have completed the depositions of the plaintiff and several of his treating physicians. The videotaped deposition of defendant Matthew Cahill will be completed on May 30, 2008, as well. Defendant has noticed the depositions of the principles of Anabolic Resources to be completed by mid-June. The case is set for mediation before the Honorable David Garcia, ret., of JAMS on July 2, 2008.

**2.    The Principal Factual Issues Which The Parties Dispute**

(a)    Whether the subject product "Superdrol" is an anabolic steroid.

---

(b) Whether the defendant Designer Supplements, as a licensor, played any roll in bringing the "Superdrol" purchased by plaintiff to market, and whether Designer Supplements may be subject to strict liability.

(c) Whether or not there is a causal connection between plaintiff's injuries and his consumption of "Superdrol".

(d) The nature and extent of the damages.

**3.    The Principal Legal Issues Which The Parties Dispute**

The disputed legal issues at this point will have to do with the liability of Designer Supplements, Inc., as a licensor for strict products liability under California law, and whether/to what extent Designer Supplements may be owed contribution or indemnity from co-defendants or third parties.

**4.    Other Factual Issues Which Remain Unresolved**

At present, the principal unresolved issue is whether or not discovery will be able to proceed given the filing of the bankruptcy action by defendant Anabolic Resources, LLC.

**5.    Parties Which Have Not Been Served**

All parties have been served as set forth above.

**6.    Joinder of Additional Parties**

It is unknown at this time whether or not additional parties will be joined.

**7.    Consent to United States Magistrate Judge for Trial**

The parties do not consent to assignment of a United States Magistrate Judge for trial.

**ALTERNATIVE DISPUTE RESOLUTION**

**8.    ADR**

The case is set for mediation before the Honorable David Garcia, ret., of JAMS on July 2, 2008.

**9.    ADR Process and/or deadline**

Not Applicable.

CASPER, MEADOWS SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT    Page 2
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

*634248.1*

## DISCLOSURES

**10.** By the Initial Case Management Conference, both and plaintiff and defendant Designer Supplements, Inc., will have served their Initial Disclosure by fax and mail.

## DISCOVERY

**11.** Discovery has begun between plaintiff and defendant Designer Supplements, Inc.

## TRIAL SCHEDULE

**12.** Trial is scheduled February 2, 2009.

**13.** The parties expect that the trial will last fifteen (15) to twenty (20) court days.

Dated: May 27, 2008

/s/
Larry E. Cook
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiff

Dated: May 27, 2008

/s/
Ian A. Stewart
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Attorneys for Defendant Designer Supplements

**CASPER, MEADOWS SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT  Page 3
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

*634248.1*