## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/6/08

Case No.   C-07-4613 SI          Judge:   SUSAN ILLSTON

Title: JEREEM GUNTER  -v-  ANABOLIC RESOURCES

Attorneys: L. Cook            M. Meadows

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

## PROCEEDINGS

1)   Further Case Management Conference - HELD by phone

2)  

3)  

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **8/22/08 @ 2:30 p.m.**  for Further Case Management Conference

Case continued to    for Motions

Case continued to  for Pretrial Conference

Case continued to    for Trial (JURY:15  Days)

ORDERED AFTER HEARING:
Expert Designation Extended to: 8/29/08