# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

555 South Flower Street - Suite 2900, Los Angeles, California 90071-2407
Tel: (213) 443-5100   Fax: (213) 443-5101

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

PATRICK M. KELLY
ROBERT M. YOUNG, JR.
L. VICTOR BILGER, JR.
STEVEN R. PARMINTER
ROLAND LEE COLEMAN, JR.
E. PAUL DOUGHERTY, JR. *
JAMES A. STANKOWSKI
MARTIN K. DENISTON
VINCENT D'ANGELO
GEORGE A. PISANO
CAREY B. MOOREHEAD
HERBERT P. KUNOWSKI

HOWARD L. HALM
STEVEN J. JOFFE
WILLIAM K. ENGER
KYM G. BULLOCK
JOHN C. LEE
ARLENE N. BERGER
IAN A. STEWART ***
THOMAS C. CORLESS
DARREN LE MONTREE
SUSANNAH M. DUDLEY
SEAN M. BRYN
PATRICIA ANN GOLSON

ROBERT M. ANDERSON
JOHN J. IMMORDINO
AIDE C. ONTIVEROS
RONALD R. MILLSAP
KATHLEEN M. BRAGG
JENNIFER J. MOON
DAVID R. SHOOP
A. LOUIS DORNY ****
LISA CHEN
JACQUELINE J. HARDING
SHERRY STROBLE
DANIEL H. LEE
CRAIG C. HUNTER
J. WALTER GUSSNER
PETER R. BING
DAVID D. KREMENETSKY
KAMYAR R. SHAYAN

ROBERT COOPER
TAE S. UM **
MARC ALLARIA
ELLIN LEE
DIANA ESTRADA
JULIE VAN WERT
MONA PATEL
ASHLEY R. LEACH
MELISSA F. DAY
D. VICTORIA LABRIE
GREGORY K. LEE
STANLEY PUN
MICHAEL D. RESNICK
EVE S. SENUTY
ALEX BRUNO
JOSEPHINE LEE-NOZAKI

* ALSO ADMITTED IN NEW YORK & NEW JERSEY
** ALSO ADMITTED IN NEW YORK
*** ALSO ADMITTED IN ILLINOIS
**** ALSO ADMITTED IN ARIZONA

July 21, 2008

**VIA ELECTRONIC FILING**

Honorable Judge Susan Illston
United States District Judge
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Jareem Gunter v. Designer Supplements, Inc., et al.*
      USDC Northern District, Case No. C 07 4613
      Our File No. 00085.64083

Dear Honorable Judge Illston:

   We would like to advise your Honor of a recent development that has impacted the discovery schedule in this case. Your Honor had ordered that Mediation be completed no later than July 8, 2008. Although the parties had scheduled Mediation before Judge Davis Garcia (Retired) on July 2, 2008, this firm was advised a few days before the scheduled Mediation that Defendant's insurance carrier, Evanston Insurance Company, was evaluating a potential coverage issue and needed more time to determine whether insurance coverage is available for indemnity payments on behalf of the Defendant. We are not aware of the basis of the potential coverage issue. Mediation is still possible, but a final decision on coverage has not been made to date.

   The current discovery schedule requires all non-expert witnesses to be deposed by August 15, 2008. The parties believe that they can still accommodate this deadline. The next Case Management Conference before your Honor is scheduled on August 22, 2008. We look forward to speaking with you then.

681475.1

Honorable Judge Susan Illston
United States District Judge
United States Courthouse
July 21, 2008
Page 2

In the interim, should you have any questions or concerns, please feel free to contact me at any time.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Ian A. Stewart

IAS/ecp

cc:

Michael D. Meadows
Larry E. Cook
Casper, Meadows, Schwartz & Cook

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
681475.1