Michael D. Meadows (State Bar No. 62110)
Larry E. Cook (State Bar No. 122776)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiff
JAREEM GUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>  Plaintiff,<br><br>vs.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>  Defendants. | Case No. C 07-04631 SI<br><br>**STIPULATION AND ORDER TO CONTINE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that the Case Management Conference scheduled August 22, 2008, is continued to September 22, 2008, at 2:30 p.m.

IT IS FURTHER STIPULATED that the Joint Case Management Statement is due September 15, 2008.

Dated: 8/12/08

Larry E. Cook
CASPER, MEADOWS & SCHWARTZ
Attorneys for Plaintiff

CASPER, MEADOWS SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation And Order To Continue Case Management Conference
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

Page 1

1 | Dated: 8/13/08

Ian Stewart
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
Attorneys for Defendant

6 | IT IS SO ORDERED:

8 | Dated: _____

HONORABLE SUSAN ILLSTON

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Stipulation And Order To Continue Case Management Conference
Jareem Gunter v. Anabolic Resources, LLC, et al.

Page 2