IAN A. STEWART (SBN 250689)
email: ian.stewart@wilsonelser.com
JACQUELINE J. HARDING (SBN 188630)
email: jacqueline.harding@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Defendant,
DESIGNER SUPPLEMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.,; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>　　　　　Defendants. | Case No.: C 07 4613 SI<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE STATUS HEARING** |

Having read and considered the Stipulation to Continue Status Hearing and finding good cause therefore, the Court hereby approves the Stipulation. Therefore, **IT IS HEREBY ORDERED**:

　　　1.　　The Status Hearing previously scheduled to take place on October 31, 2008, shall be continued to November 14, 2008 at 2:00 p.m.;

1

2. The parties will mediate this case before Judge David Garcia (Retired) in San Francisco, CA, on November 5, 2008;

3. At the Status Hearing on November 14, 2008, the will parties will advise the Court as to the outcome of Mediation and, if necessary, the parties will request that the Court set a new hearing date and briefing schedule on DESIGNER SUPPLEMENTS, INC.'S, Motion for Summary Judgment, which is currently set for hearing on November 21, 2008 at 9:00 a.m.; and,

4. The current hearing date for the Motion for Summary Judgment of November 21, 2008 is continued and will be rescheduled at the Status Hearing.

Date: October ____, 2008

_____
DISTRICT COURT JUDGE