1  Michael D. Meadows (State Bar No. 62110)
   Larry E. Cook (State Bar No. 122776)
2  CASPER, MEADOWS, SCHWARTZ & COOK
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California 94596
   Telephone:   (925) 947-1147
5  Facsimile:    (925) 947-1131

6  Attorneys for Plaintiff
   JAREEM GUNTER
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  JAREEM GUNTER,                      | Case No. C 07-04631 SI
12              Plaintiff,               | STIPULATION AND ORDER TO CONTINE
                                         | CASE MANAGEMENT CONFERENCE
13       vs.
14  ANABOLIC RESOURCES, LLC; MASS
    NUTRITION, INC.; DESIGNER
15  SUPPLEMENTS, INC., and DOES 1 through
    45,
16
                Defendants.
17

18

19       IT IS HEREBY STIPULATED by and between the parties herein, through their

20  respective counsel, that the Case Management Conference scheduled November 14, 2008, is

21  continued to December 19, 2008, at 2:30 p.m.

22  Dated: 11/13/08

23                                              Larry E. Cook
                                                CASPER, MEADOWS & SCHWARTZ
24                                              Attorneys for Plaintiff

25

26  Dated: 11/13/08

27                                              Ian Stewart
                                                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                DICKER
28                                              Attorneys for Defendant

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation And Order To Continue Case Management Conference                    Page 1
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

IT IS SO ORDERED:

Dated:_____

*Susan Illston*

HONORABLE SUSAN ILLSTON

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Stipulation And Order To Continue Case Management Conference
*Jareem Gunter v. Anabolic Resources, LLC, et al.*

Page 2