Michael D. Meadows (State Bar No. 62110)
Larry E. Cook (State Bar No. 122776)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiff

IAN A. STEWART (SBN 250689)
email: ian.stewart@wilsonelser.com
JACQUELINE J. HARDING (SBN 188630)
email: jacqueline.harding@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Defendant,
DESIGNER SUPPLEMENTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREEM GUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>ANABOLIC RESOURCES, LLC; MASS NUTRITION, INC.; DESIGNER SUPPLEMENTS, INC., and DOES 1 through 45,<br><br>Defendants. | Case No. C 07-04631 SI<br><br>**STIPULATION FOR DISMISSAL BY PLAINTIFF RULE 41(a)(1) F.R.C.P.** |

TO THE HONORABLE SUSAN ILLSTON OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

The parties hereto, by and through their respective counsel of record, stipulate and agree that this entire action be dismissed.

---

CASPER, MEADOWS SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

**STIPULATION FOR DISMISSAL BY PLAINTIFF RULE 41(a)(1) F.R.C.P.**
*Jareem Gunter v. Anabolic Resources, LLC, et al.*
732533.1

Page 1

1 | DATED: December 19, 2008        By:        /S/
2 |                                         LARRY E. COOK, ESQ.
  |                                         **Casper, Meadows & Schwartz**
3 |                                         Attorney for Plaintiffs

4 | DATED: December 19, 2008        By:        /S/
5 |                                         IAN STEWART
  |                                         **Wilson, Elser, Moskowitz, Edelman &**
6 |                                         **Dicker LLP**
  |                                         Attorney for Defendants, Designer
7 |                                         Supplements, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/15/08

SUSAN ILLSTON
FEDERAL COURT JUDGE

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

STIPULATION FOR DISMISSAL BY PLAINTIFF RULE 41(a)(1) F.R.C.P.        Page 2
Jareem Gunter v. Anabolic Resources, LLC, et al.
732533.1